262 So.2d 789

**J. Daniel RIVETTE**

v.

**Regis MOREAU (Estate of Emily Mistric).**

No. 52541.

June 15, 1972.

Writ denied: On the facts found by the court of appeal, the result is correct.

262 So.2d 789

**Samuel C. FUNDERBURK**

v.

**CALCASIEU PAPER COMPANY, Inc.**

No. 52544.

June 15, 1972.

Application denied; on the facts found by the Court of Appeal, their judgment is correct.